UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KURT MADSEN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTINE GREGOIRE, SAM REED, BERNARD WARNER, SCOTT RUSSELL, PAT GLEBE, JOHN THOMPSON, SHARON THACH, UNKNOWN LOCAL 117 OFFICIALS, UNKNOWN DOC OFFICERS,<br><br>　　　　　　　Defendants. | No. C12-5928 RBL/KLS<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE |

By Order dated November 5, 2012, Plaintiff was ordered to show cause why this matter should not be dismissed or, alternatively to file an amended complaint curing the deficiencies outlined in the Court's order.  ECF No. 7.  Plaintiff was given a deadline to amend or show cause by November 23, 2012.  *Id.*  On November 13, 2012, Plaintiff filed a motion for extension of time requesting an extension of the deadline until December 21, 2012.  ECF No. 8.  Plaintiff states that his resources and access to legal materials are limited.  ECF No. 8.

Accordingly, it is **ORDERED**:

(1)　Plaintiff's motion for extension of time (ECF No. 8) is **GRANTED**.  Plaintiff must show cause or file his amended complaint on or before **December 21, 2012**, or the Court will recommend dismissal of this action.

ORDER - 1

(2)     The Clerk is directed to send a copy of this Order to Plaintiff.

**DATED** this  16th   day of November, 2012.

*Karen L. Strombom* (signature)
Karen L. Strombom
United States Magistrate Judge

ORDER - 2