UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KURT MADSEN,

                Plaintiff,

  v.

CHRISTINE GREGOIRE, SAM REED, BERNARD WARNER, SCOTT RUSSELL, PAT GLEBE, JOHN THOMPSON, SHARON THACH, UNKNOWN LOCAL 117 OFFICIALS, UNKNOWN DOC OFFICERS,

                Defendants.

No. C12-5928 RBL/KLS

ORDER GRANTING SECOND EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE

      By Order dated November 5, 2012, Plaintiff was ordered to show cause why this matter should not be dismissed or, alternatively to file an amended complaint curing the deficiencies outlined in the Court's order. ECF No. 7. Plaintiff was given a deadline to amend or show cause by November 23, 2012. *Id.* On November 13, 2012, Plaintiff filed a motion for extension of time requesting an extension of the deadline until December 21, 2012. ECF No. 8. That extension was granted. ECF No. 9. Plaintiff now seeks an additional extension of time, until January 28, 2013, because he was in an intensive management unit from December 4 through December 10 and is still not in possession of his legal papers. ECF No. 10.

      Accordingly, it is **ORDERED:**

ORDER - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

(1)     Plaintiff's motion for extension of time (ECF No. 8) is **GRANTED**.  Plaintiff must show cause or file his amended complaint on or before **January 28, 2013**, or the Court will recommend dismissal of this action.  **No further extensions shall be granted**.

(2)     The Clerk is directed to send a copy of this Order to Plaintiff.

**DATED** this   26th   day of December, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2