1
2
3
4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

5
6
7

KURT MADSEN,

Plaintiff,

8

v.

9

CHRISTINE GREGOIRE, SAM REED,
BERNARD WARNER, SCOTT
RUSSELL, PAT GLEBE, JOHN
THOMPSON, SHARON THACH,
UNKNOWN LOCAL 117 OFFICIALS,
UNKNOWN DOC OFFICERS,

10
11
12
13
14

Defendants.

No. C12-5928 RBL/KLS

ORDER GRANTING SECOND
EXTENSION OF TIME TO RESPOND TO
ORDER TO SHOW CAUSE

15         By Order dated November 5, 2012, Plaintiff was ordered to show cause why this matter

16   should not be dismissed or, alternatively to file an amended complaint curing the deficiencies

17   outlined in the Court's order.  ECF No. 7.  Plaintiff was given a deadline to amend or show

18   cause by November 23, 2012.  *Id.*  On November 13, 2012, Plaintiff filed a motion for extension

19   of time requesting an extension of the deadline until December 21, 2012.  ECF No. 8.  That

20   extension was granted.  ECF No. 9.  Plaintiff now seeks an additional extension of time, until

21   January 28, 2013, because he was in an intensive management unit from December 4 through

22
23   December 10 and is still not in possession of his legal papers.  ECF No. 10.

24         Accordingly, it is **ORDERED:**

25
26

ORDER - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

(1)     Plaintiff's motion for extension of time (ECF No. 8) is **GRANTED**.  Plaintiff must show cause or file his amended complaint on or before **January 28, 2013**, or the Court will recommend dismissal of this action.  **No further extensions shall be granted**.

(2)     The Clerk is directed to send a copy of this Order to Plaintiff.

**DATED** this   26th   day of December, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2