UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KURT MADSEN,<br><br>                      Plaintiff,<br>   v.<br><br>STATE OF WASHINGTON, ATTORNEY GENERAL BOB FURGUSON, GOVENOR JAY INSLEE, SECRETARY OF STATE KIM WYMAN, SECRETARY OF DEPARTMENT OF CORRECTIONS (DOC) BERNARD WARNER, SUPERINTENDENT SCOTT RUSSELL, SUPERINTENDENT PAT GLEBE, JOHN THOMPSON, SHARON THATCH, UNKNOWN LOCAL 117 OFFICIALS, UNKNOWN DOC OFFICERS,<br><br>                      Defendants. | No. C12-5928 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

    (1)    The Court adopts the Report and Recommendation.

    (2)    This action is **Dismissed Without Prejudice** prior to service for failure to state a claim and **the dismissal shall count as a strike under 28 U.S.C. § 1915(g)**.

    (3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 10th day of April, 2013.

*Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1